**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1035**

---

REGINALD L. SYDNOR,

Plaintiff - Appellant,

versus

JANICE LACHANCE, Head of the Office of Per-
sonnel Management; KENNETH S. APFEL, Secre-
tary, Department of Health and Human Services,
Commissioner, Social Security Administration,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-228-JFM)

---

Submitted:  March 23, 2000          Decided:  March 30, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Reginald L. Sydnor, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Nadira Clarke, Special Assistant United States
Attorney, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reginald L. Sydnor appeals from the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Sydnor v. LaChance</u>, No. CA-99-228-JFM (D. Md. Oct. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>